# Unclaimed Funds

Entered 12/11/2013 to 12/11/2013

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 08-11061 -wch 16477193 | North Star Capital Acquis LLC Wells Fargo Kream & Kream 536 Broad St., Ste. 5 East Weymouth, MA 02189 02189 | 149.91 | 12/11/2013 |
| 08-12054 -fjb 16509355 | Verizon Bankruptcy Department 3900 Washington Street Wilmington, DE 19802 | 0.03 | 12/11/2013 |
| 08-12403 -wch 16505334 | Social Security Administration Northeastern Program Service Center 1 Jamaica Center Plaza Lamaica, NY 11432 11432 | 1,391.63 | 12/11/2013 |
| 08-12405 -fjb 19172043 | WILLIAM & HOPE HALLETT 8 LONGMEADOW RD NO DARTMOUTH, MA 02747 02747 | 332.00 | 12/11/2013 |
| 08-12674 -jnf 16522423 | SPIRIT OF AMERICA NATIONAL BANK/ARIZONA MAIL ORDER FIRST EXPRESS PO BOX 856750 LOUISVILLE, KY 40285 40285 | 6.55 | 12/11/2013 |
| 08-12861 -jnf 16519480 | Mit Federal Cu 700 Technology Sq Cambridge, MA 02139 02139 | 59.97 | 12/11/2013 |
| 08-13780 -fjb 19172055 | GALAXY PORTFOLIO MGT., LLC 6190 POWERS FERRY RD. SUITE 475 | 115.47 | 12/11/2013 |

| Case | Payee | Amount | Date |
|---|---|---|---|
| | ATLANTA, GA 30339<br>30339 | | |
| 08-13780-fjb<br>19172055 | GALAXY PORTFOLIO MGT., LLC<br>6190 POWERS FERRY RD.<br>SUITE 475<br>ATLANTA, GA 30339<br>30339 | 483.24 | 12/11/2013 |
| 08-14115-wch<br>19172053 | KEVIN & KARYN LINCK<br>21 WASHINGTON ST<br>GROVELAND, MA 01834<br>01834 | 8.00 | 12/11/2013 |
| 08-14695-wch<br>16591468 | Innovative Mrchnt Sltn<br>26520 Agoura Rd<br>Calabasas, CA 91302<br>91302 | 0.56 | 12/11/2013 |
| 09-13999-fjb<br>19172054 | ROBERT GIGLIOTTI<br>71 PRINCE ST<br>BOSTON, MA 02113<br>02113 | 399.00 | 12/11/2013 |
| 09-15625-fjb<br>18450904 | Solace Financial LLC<br>File/Box # 748262<br>Los Angeles, CA 90012<br>90012 | 4.04 | 12/11/2013 |
| 10-10714-wch<br>17401524 | KEYBANK<br>C/O WELTMAN, WEINBERG & REIS<br>323 W. LAKESIDE AVE., 2ND FL<br>CLEVELAND, OH 44113<br>44113 | 3.83 | 12/11/2013 |
| 10-16824-fjb<br>17634801 | San Mar<br>PO Box 529<br>Preston, WA 98050<br>98050 | 0.22 | 12/11/2013 |
| 10-16824-fjb<br>17634797 | Norwood<br>10 West Market St #1400<br>Indianapolis, IN 46204<br>46204 | 0.04 | 12/11/2013 |

**Grand Total: 2,954.49**